

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-24-00509-CV

**UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** and Uvalde County,
Appellants

v.

**TEXAS TRIBUNE**, ABC News, The Associated Press, CBS News, Cable News Network, Inc.,
Dow Jones & Co., The E.W. Scripps Company, Gannett Co. Inc., Graham Media Group,
Houston, Graham Media Group, San Antonio, Hearst Newspaper, LLC, NBC News, The New
York Times Co., Pro Publica, Inc., Sinclair Broadcast Group, Inc., Tegna Inc.,
TelevisaUnivision, The Washington Post,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2022-08-34516-CV
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order requiring Uvalde
Consolidated Independent School District and Uvalde County to disclose all responsive documents
in full, subject only to mandatory statutory redactions is **AFFIRMED**. Costs are assessed against
appellants, the Uvalde Consolidated Independent School District and Uvalde County.

SIGNED July 16, 2025.

_____
Velia J. Meza, Justice